Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

NOV 29 2023
Clerk, U.S. Courts
District of Montana
Missoula Division

Odell C Wheeless
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Cascade County Detention
Montana State Prison
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Odell Wheeless
  All other names by which you have been known:
  ID Number:
  Current Institution: YCDF
  Address: 3165 King Ave E
  Billing MT 59101
  City    State    Zip Code

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: monTana STaTe Prison
  Job or Title (if known): inFeRMRy melical/dR Resses
  Shield Number:
  Employer: monTana STaTe prison
  Address: 700 conley lake Rd
  deer Lodge MT 59722
  City    State    Zip Code
  [X] Individual capacity    [X] Official capacity

  Defendant No. 2
  Name: Cascade County Detention center
  Job or Title (if known): Medical Personal
  Shield Number:
  Employer:
  Address: Cascade County-3800 UIm N. frontage Rd
  Great Falls MT 59405
  City    State    Zip Code
  [ ] Individual capacity    [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Cascade County Detention Officers and CO.
Job or Title (if known):
Shield Number:
Employer: Dentention Center
Address: 3800 ULM.N Frontage RD
Great Falls    MT    59405
City    State    Zip Code
☒ Individual capacity    ☒ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City    State    Zip Code
☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Declaration Human Rights, 5th Amendment (Liberty Rights)
8th Amendment, 14th Due process, equal Law protection

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*Decleration Human Rights, Liberity Rights,*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* *Inmate Yellowstone Detention Facility*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*In Cascade County, Montana State Prison*

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sept 14 - 2003

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

May 2020 I was given wrong meds at M.S.P
On 9-14-23 I was at CCDC They Refuse me medical
On 2018 I got Refuse medical and almost Died at Cascade County
~~Mental disstress, Injuries Hospitalize, Payeeck~~

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental disstress, InJuries Hospitalize, Phyicail Damage
Emotional Damage, Actual Damage, and ~~~~
Last but not least, PTSD,

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

2.5 Million. fuseing my medical givenme worong meds Having to be Hospitalize Results of this & and Infection aRound my Heart. 350K, 200K

For my Damages

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[X] No

[ ] Do not know

If yes, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[✓] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Cascade County Montana State prison

2. What did you claim in your grievance?

Refuse Medical

3. What was the result, if any?

None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

didnt give me any options

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*[Handwritten]:* Attached Documents

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Claim # 1 -23

2018 I was In Cascade detention being heild on 100K bond and 10K for Parole Violation I could not Eat at time The Church people came and was preaching to use I fell out then The officer drug me to a mat on dirty floor and was told to drink more water I Selpt and was sleeping for about 3 to 4 days I got up to go get my Food Ray Co officer Counts Told me I was very yellow and ask if I was feeling ok I Responded I'm short of breath Then they escorted me to Medical and ask me to URinate in a Cup I was dark brown like oil I went back to unit feeling weak and They call me to Booking later and Said I was going to the ER Said officer Skunk Tranport me to Health Care and did Blood work the Results was I had a infection around my Heart and Blood Clot In my Lung and was given a Medical OR Release. was placed In I.C.U for a month and a total of six months in Hospital. The Condition of my Health almost kill me be cause of Neglegence for the dententuon Center Refuseing my medical a the Crul and unusally Punshment witiness - The Crunch Lady - C/o Skunk - C/o Counts Violated my 14th amendment and 8th amendment human Rights equal Law Rishts and Liberity Rishts. I still have problems Scare on my tissue on my Lungs Doctors want me to have surgery. most of all my human equal Rights.

On 9-14-23 I was at CCDC and They Refuse me of my Medical attention and violated my Civil Rights by not helping me Medical I was detoxing of of Blues and Sick They never check on me or check on my medical while I was In they Detention Center After I Told Them I was coming off of Fentanyl dettoins and I couldnt breath because of the C/O officer abuse plus officer Kaziok Refuse me water ever thing is on Cam in the dententior Center CCDC. Violates my 8th amendment and 14th and equel Rights Supream Court Laws of the hand and deprive of ~~~~~ Personal Liberity Right's. plus Delclaration human Right's.

Date: 11-20-2023  Claim #3

On May 2020 I was at MSP went to medical for Ingrown hair under my armpit was givin sulfate 3 times a day. It Started getting worse then I got sent back to medical where they Double up my dose later that night was getting hot felt Like my skin was on fire and my Lips Start turning Blue They walk me to medical Check my temp it was 102.3 was still Rising was Transported to deer lodge medical and my Temp was Higher 105. They put Ice packs on my Armpits I was tooking to missoula Medical Center I stayed there for two weeks Then Transport back to M.S.P. I was Allerget to the Meds Cause me to be Hospitalize for 2 weeks Violates my medical Rights as human Rights Equal protection Rights 8th amendment 14 amendment Personal Liberty Rights and 5th Amendment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-23-23

Signature of Plaintiff: Odell C. Wheeless
Printed Name of Plaintiff: Odell C. Wheeless
Prison Identification #: 274119#
Prison Address: 3165 King Ave E
Billing   MT   59101
City   State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City   State   Zip Code

Telephone Number: _____
E-mail Address: _____

Page 11 of 11